| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter  11 |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | McMahan-Clemis Institute of Otolaryngology, S.C. |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | DBA  Physician's Hearing Aid Services, Inc. |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 47-1650619 |
| **4.** | **Debtor's address** | **Principal place of business**  151 North Michigan Avenue  Suite 913  Chicago, IL 60601  Number, Street, City, State & ZIP Code    Cook  County  | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor  McMahan-Clemis Institute of Otolaryngology, S.C.                    Case number (*if known*)
        Name

**7. Describe debtor's business**   A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor   John T. McMahan                Relationship   Shareholder
District Northern District of Illinois   When 5/14/18   Case number, if known   18-14064

Debtor    McMahan-Clemis Institute of Otolaryngology, S.C.        Case number (*if known*)
          Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.  Insurance agency _____
            Contact name _____
            Phone _____

---

■    **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   McMahan-Clemis Institute of Otolaryngology, S.C.   Case number (*if known*)
         Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 19, 2018
              MM / DD / YYYY

**X** /s/ John T. McMahan                                    John T. McMahan
Signature of authorized representative of debtor              Printed name

Title   President

**18. Signature of attorney**

**X** /s/ Gregory K. Stern                                   Date   June 19, 2018
Signature of attorney for debtor                                    MM / DD / YYYY

Gregory K. Stern 6183380
Printed name

Gregory K. Stern, P.C.
Firm name

53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone  (312) 427-1558      Email address  greg@gregstern.com

6183380 IL
Bar number and State

Fill in this information to identify the case:

Debtor name: McMahan-Clemis Institute of Otolaryngology, S.C.
United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| ALK - Abello, Inc.<br>7806 Solution Center<br>Chicago, IL 60677-7806 | | Trade Debt | Disputed | | | $9,097.74 |
| Allergan USA, Inc.<br>12975 Collections Center Drive<br>Chicago, IL 60693-0129 | | Trade Debt | Disputed | | | $5,982.64 |
| Allergy Laboratories<br>PO Box 348<br>Oklahoma City, OK 73101 | | Trade Debt | Disputed | | | $11,766.40 |
| Kenneth Andrews<br>1050 State Street #359<br>New Haven, CT 06511 | | Services | Contingent<br>Unliquidated<br>Disputed | | | $55,209.74 |
| Bedford Med, LLC<br>1300 East Woodfield Road<br>Suite 150<br>Schaumburg, IL 60173 | | Rent Default | Unliquidated<br>Disputed | | | $3,191.60 |
| Jack Clemis<br>734 Lavergne Avenue<br>Wilmette, IL 60091 | | Purchase of Shareholder Interests | Contingent<br>Unliquidated<br>Disputed | | | $100,000.00 |
| Darwin Heard<br>1111 North Dearborn Street<br>Apt. 3106<br>Chicago, IL 60610 | | Wages | | | | $3,360.00 |
| Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | | Taxes | Disputed | | | $13,880.38 |

Debtor  McMahan-Clemis Institute of Otolaryngology, S.C.                    Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Integro Healthcare LLC <br> 721 Emerson Road <br> Saint Louis, MO 63141 | | Services | Disputed | | | $20,272.77 |
| ISMIE Mutual Insurance Company <br> 20 North Michigan Avenue <br> Suite 700 <br> Chicago, IL 60602 | | Insurance Premiums | Disputed | | | $18,771.00 |
| Merz North America <br> 6501 Six Forks Road <br> Raleigh, NC 27615 | | Trade Debt | | | | $3,072.15 |
| Millennium Park Living, Inc. <br> c/o PR Accounting LLC <br> 324 West Touhy Avenue <br> Park Ridge, IL 60068 | | Rent | | | | $6,599.00 |
| Phonak <br> 35555 Eagle Way <br> Chicago, IL 60678-1355 | | Trade Debt | | | | $5,978.84 |
| Pitney Bowes Global Financial Services <br> 2225 American Drive <br> Neenah, WI 54956 | | Periodic Purchases | Disputed | | | $3,226.08 |
| PSS McKesson Primary Care <br> One Post Street <br> San Francisco, CA 94104 | | Trade Debt | Contingent <br> Unliquidated <br> Disputed | | | $19,305.71 |
| Starkey <br> PO Box 856915 <br> Minneapolis, MN 55485 | | Trade Debt | | | | $6,419.04 |
| Stericycle, Inc. <br> PO Box 3666 <br> Camarillo, CA 93011-3666 | | Trade Debt | | | | $3,480.68 |
| Transwestern <br> 3300 South Oak Park Avenue <br> Berwyn, IL 60402 | | Lease Default | Disputed | | | $8,503.53 |
| United Mercantile Agencies, Inc. <br> 600 South 7th Street <br> PO Box 1672 <br> Louisville, KY 40201-1672 | | Insurance Overpayment | Disputed | | | $6,507.51 |

Debtor  McMahan-Clemis Institute of Otolaryngology, S.C.                                Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Widex USA 185 Commerce Drive Hauppauge, NY 11788 | | Trade Debt | | | | $7,502.78 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re: McMahan-Clemis Institute of Otolaryngology, S.C.  
Debtor(s)

Case No.  
Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 40,000.00 |
   | Prior to the filing of this statement I have received | $ 15,000.00 |
   | Balance Due | $ Unknown** |

   ** Compensation is calculated in accordance with Attorneys' hourly fee schedule, in effect from time to time

2. The source of the compensation paid to me was:

   ☑ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed] None

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service: NA

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

June 20, 2018  
*Date*

/s/ Gregory K. Stern  
Gregory K. Stern 6183380  
*Signature of Attorney*  
Gregory K. Stern, P.C.  
53 West Jackson Boulevard  
Suite 1442  
Chicago, IL 60604  
(312) 427-1558  Fax: (312) 427-1289  
greg@gregstern.com  
*Name of law firm*

---

## ATTORNEY CLIENT AGREEMENT

**THIS AGREEMENT**, made on June 5, 2018, is hereby entered into between McMahan-Clemis Institute of Otolaryngology, S.C., 151 North Michigan Avenue, Suite 913, Chicago, Illinois (the "Client"), and Gregory K. Stern, P.C., 53 West Jackson Boulevard, Suite 1442, Chicago, Illinois, 60604 (the "Attorneys").

1. The Client has agreed to pay the Attorneys a fee for professional services rendered pursuant to paragraph 2 hereof. The fee shall be based and calculated on the Attorneys' standard hourly rates as in effect from time to time. At present the hourly rates are as follows: $500.00 for Gregory K. Stern and Dennis E. Quaid, $475.00 for Monica C. O'Brien and $365.00 for Rachel S. Sandler. The Client has agreed to pay the Attorneys a non-refundable minimum fee of $15,000.00 which will be tendered prior to filing and which the Attorneys accept on the conditions herein enumerated and for deposit into the Attorneys' general operating account. Further the Client has agreed to pay a post-petition retainer of $25,000.00 which is to be paid subject to bankruptcy court approval after notice to all creditors and parties in interest. In addition, the Client shall pay the fee when billed, except that, during the pendency of the Chapter 11, the Client will pay for services pursuant to court orders entered on applications for interim or final compensation, or per a separate written agreement with the Attorneys.

2. The fee consists of compensation for professional services including, but not limited to: analyzing case for filing Chapter 11; reviewing assets, liabilities, loan documentation, executory contracts and other relevant documentation; preparation of Chapter 11 petition, list of creditors, relevant documents for filing, Chapter 11 schedules and statement of financial affairs; representation at the first meeting of creditors; defending creditors' motions to convert, dismiss or modify the automatic stay, if any; preparation and presentation of motions to employ attorneys, accountants or other professional persons, motions for use, sale or lease of property, motions to assume or reject executory contracts; preparation and presentation of disclosure statement, plan and other necessary pleadings in furtherance of reorganizational goals; solicitation of creditor's acceptance; review of proofs of claims and objections regarding same; and, any other act or service in furtherance of reorganizational goals.

3. The Fee does not include (a) court costs and filing fees, (b) Westlaw or related computer expenses (c) copying and postage, or (d) any other out of pocket costs or expenses. All costs and expenses advanced by Attorneys shall be paid when Client is billed for same, with the exception that, during the Chapter 11, the Client will pay costs and expenses pursuant to court orders entered on applications for compensation, or per a separate written agreement with the Attorneys.

4. Any modification of this Agreement is void unless it is in writing and is signed by both parties.

_____          _____
McMahan-Clemis Institute of Otolaryngology, S.C.          Gregory K. Stern
By: John T. McMahan                                        Gregory K. Stern. P.C.
Its: President

**United States Bankruptcy Court**
**Northern District of Illinois**

In re: McMahan-Clemis Institute of Otolaryngology, S.C.
Debtor(s)

Case No.
Chapter 11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| John T. McMahan<br>151 North Michigan Avenue<br>Suite 913<br>Chicago, IL 60601 | Common | 100% | Shareholder |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   June 19, 2018

Signature   /s/ John T. McMahan
John T. McMahan

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

ALK - Abello, Inc.
7806 Solution Center
Chicago, IL 60677-7806


Allergan USA, Inc.
12975 Collections Center Drive
Chicago, IL 60693-0129


Allergy Laboratories
PO Box 348
Oklahoma City, OK 73101


Anderson Movers
2701 South Western Avenue
Chicago, IL 60608


Kenneth Andrews
1050 State Street
#359
New Haven, CT 06511


AT&T
PO Box 5080
Carol Stream, IL 60197-5080


Audiology Systems, Inc.
Dept Ch 16948
Palatine, IL 60055-6948


Bank of the West - Trinity Division
475 Sansome Street
19th Floor
San Francisco, CA 94111-3112


Barry A. Springer
4709 West Golf Road
Suite 475
Skokie, IL 60076


Bedford Med, LLC
1300 East Woodfield Road
Suite 150
Schaumburg, IL 60173

```
Carlson Dash, LLC
216 South Jefferson Street
Suite 504
Chicago, IL 60661


Cigna Healthcare
c/o Accent Cost Containment Solutions
11808 Miracle Hills Drive
PO Box 542007
Omaha, NE 68154-8007


Jack Clemis
734 Lavergne Avenue
Wilmette, IL 60091


e3 Gordon Stowe
3333 Kennicott Avenue
Arlington Heights, IL 60004-1429


eClinical Works, LLC
Two Technology Drive
Westborough, MA 01581


GRM Information Management
88044 Expedite Way
Chicago, IL 60695


Darwin Heard
1111 North Dearborn Street
Apt. 3106
Chicago, IL 60610


Illinois Department of Employment
Security
33 South State Street
10th Floor
Chicago, IL 60603


Illinois Department of Labor
160 North LaSalle Street
Suite C-1300
Chicago, IL 60601-3150
```

```
Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338


Integro Healthcare LLC
721 Emerson Road
Saint Louis, MO 63141


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


ISMIE Mutual Insurance Company
20 North Michigan Avenue
Suite 700
Chicago, IL 60602


Jubilant Hooiser Stier LLC
PO Box 3145
Spokane, WA 99220-3145


Kwik Kop Business Solution
120 West Madison Street
Suite 510
Chicago, IL 60602


Lake Forest Bank & Trust Company
727 North Bank Lane
Lake Forest, IL 60045


Linebarger Goggan Blair & Sampson LLP
233 South Wacker Drive
Suite 4030
Chicago, IL 60606


Medline Industries, Inc.
Dept CH 14400
Chicago, IL 60677-4007


MedPro Waste Disposal, LLC
PO Box 5683
Carol Stream, IL 60197
```

Merz North America
6501 Six Forks Road
Raleigh, NC 27615


Millennium Park Living, Inc.
c/o PR Accounting LLC
324 West Touhy Avenue
Park Ridge, IL 60068


MIS Computer Corporation
2222 North Elsont Avenue
Chicago, IL 60614


Noveselsky Law, LLC
25 North County
2d Floor
Waukegan, IL 60085


Oaktree Products Inc.
610 Spirit Valley East
Chesterfield, MO 63005


Oticon
PO Box 347996
Pittsburgh, PA 15251-4996


Phonak
35555 Eagle Way
Chicago, IL 60678-1355


Pitney Bowes Global Financial Services
2225 American Drive
Neenah, WI 54956


PSS McKesson Primary Care
One Post Street
San Francisco, CA 94104


Rauch-Milliken International, Inc.
PO Box 8390
Metairie, LA 70011-8390


Receivables Performance Management LLC
PO Box 1548
Lynnwood, WA 98046

Richmond North Associates, Inc.
4955 North Bailey Avenue
#109
Buffalo, NY 14226


Starkey
PO Box 856915
Minneapolis, MN 55485


Stericycle, Inc.
PO Box 3666
Camarillo, CA 93011-3666


Transwestern
3300 South Oak Park Avenue
Berwyn, IL 60402


Trinity Lease Worldwide LLC
151 North Michigan Avenue
Suite 913
San Francisco, CA 94111-3112


United Mercantile Agencies, Inc.
600 South 7th Street
PO Box 1672
Louisville, KY 40201-1672


Westone
PO Box 15100
Colorado Springs, CO 80935-5100


Widex USA
185 Commerce Drive
Hauppauge, NY 11788


Windy City Colocation
151 North Michigan Avenue
Suite 765
Chicago, IL 60601

# United States Bankruptcy Court
## Northern District of Illinois

In re: McMahan-Clemis Institute of Otolaryngology, S.C.
Debtor(s)

Case No.
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for McMahan-Clemis Institute of Otolaryngology, S.C. in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

John T. McMahan
151 North Michigan Avenue
Suite 913
Chicago, IL 60601

☐ None [*Check if applicable*]

June 19, 2018
Date

/s/ Gregory K. Stern
Gregory K. Stern 6183380
Signature of Attorney or Litigant
Counsel for McMahan-Clemis Institute of Otolaryngology, S.C.
Gregory K. Stern, P.C.
53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
(312) 427-1558 Fax:(312) 427-1289
greg@gregstern.com